# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY P. PETERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 2:17-cv-03014<br><br>**[PROPOSED] ORDER RE: STIPULATION AND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>New Response Deadline: April 13, 2018 |

Pursuant to the Stipulation dated March 26, 2018, and for good cause, it is hereby ordered that Defendant ALLIED COLLECTION SERVICES, INC., has an extension of time, up to and including April 13, 2018, within which to answer Plaintiff's Complaint.

DATED: March 27, 2018

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE